# EXHIBIT 2

Case 1:25-cv-01524-VMC   Document 3   Filed 03/21/25   Page 2 of 7

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-05174-S7**
**2/20/2025 8:22 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **DAMIEN DEON BOSTICK, Individually,** )<br>and as Surviving Spouse of )<br>**VICKY ELAINE BOSTICK, and** )<br>**DAMIEN DEON BOSTICK as Administrator** )<br>of the Estate of VICKY ELAINE BOSTICK, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TOYOTA MOTOR CORPORATION,** )<br>**TOYOTA MOTOR NORTH AMERICA, INC.,** )<br>**TOYOTA MOTOR MANUFACTURING** )<br>**CANADA, INC.,** )<br>**TOYOTA BOSHOKU AMERICA, INC.,** )<br>**TOYOTA BOSHOKU CANADA, INC.,** )<br>**ASBURY AUTOMOTIVE GROUP, INC.** )<br>**D/B/A NALLEY AUTOMOTIVE GROUP, and** )<br>**PACCAR, INC. D/B/A KENWORTH** )<br>**TRUCK COMPANY,** )<br>)<br>**Defendants.** ) | CIVIL ACTION<br>FILE NO. 22-C-05174-S7 |

## CONSENT ORDER TO DISMISS DEFENDANT ASBURY AUTOMOTIVE GROUP D/B/A NALLEY AUTOMOTIVE GROUP

**THIS CAUSE** is before this Court pursuant to O.C.G.A. § 9-11-21. The Court being made aware of the following facts:

1. Plaintiff included Asbury Automotive Group D/B/A Nalley Automotive Group a Defendant in this action. Plaintiff agreed to dismiss Asbury Automotive Group D/B/A Nalley Automotive Group with prejudice.

**IT IS ORDERED AND ADJUDGED** that Plaintiff be allowed to dismiss Asbury Automotive Group D/B/A Nalley Automotive Group .

-2-

_____
Honorable Jaletta Smith
Judge, State Court of Gwinnett County

**[SIGNATURES ON FOLLOWING PAGE]**

-3-

**Presented by:**

*/s/ Rebekah E. Cooper*
Rebekah E. Cooper, Esq.
**THE COOPER FIRM**
531 Roselane Street
Suite 200
Marietta, GA  30060
(770) 427-5588
lance@thecooperfirm.com
rebekah@thecooperfirm.com
**Counsel for Plaintiffs**

**Consented to by:**

*/s/ Karl Viehman*
Karl Viehman, Esq.
**Nelson Mullins**
5830 Granite Parkway
Suite 1000
Plano, TX 75024
Karl.viehman@nelsonmullins.com
**Counsel for:**
**Toyota Motor Corporation**
**Toyota Motor North America, Inc.**
**Toyota Motor Manufacturing Canada, Inc.**

*/s/ Joseph J. Angersola*
Joseph J. Angersola, Esq.
C. Bradford Marsh, Esq.
Rachel W. Mathews, Esq.
**Marsh Atkinson & Brantley, LLC.**
271 17th Street NW
Suite 1600
Atlanta, GA 30363
Brad.marsh@mablawfirm.com
Joseph.angersola@mablawfirm.com
Rachel.mathews@mablawfirm.com
**Counsel for:**
**Toyota Boshoku America, Inc.**
**Toyota Boshoku Canada, Inc.**

-4-

*/s/ Amy Larson*
Amy Larson, Esq.
Derek J. Linkous, Esq.
Bush Seyferth PLLC
100 West Big Beaver Road
Troy, MI 48084
linkous@bsplaw.com
larson@bsplaw.com
**Counsel for:**
**PACCAR, Inc. d/b/a Kenworth Truck Company**

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing via Email to counsel as follows:

| | |
|---|---|
| **Toyota Motor Corporation**<br>**Toyota Motor North America, Inc.**<br>**Toyota Motor Manufacturing Canada, Inc.**<br>Harold E. Franklin, Jr., Esq.<br>Anneke J. Shepard, Esq.<br>King & Spalding<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, Georgia 30309-3521<br>hfranklin@kslaw.com<br>ashepard@kslaw.com<br><br>**Toyota Boshoku America, Inc.**<br>**Toyota Boshoku Canada, Inc.**<br>C. Bradford Marsh, Esq.<br>Joseph J. Angersola, Esq.<br>Rachel W. Mathews, Esq.<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree Street NE, Suite 800<br>Atlanta, GA 30309<br>Brad.marsh@swiftcurrie.com<br>Joseph.angersola@swiftcurrie.com<br>Rachel.mathews@swiftcurrie.com | **Asbury Automotive Group d/b/a**<br>**Nalley Automotive Group**<br>Gwen Havlik<br>Drew Eckl & Farnham LLP<br>303 Peachtree Street NE, Suite 3500<br>Atlanta, GA 30308<br>HavlikG@deflaw.com<br><br>**PACCAR, Inc. d/b/a Kenworth Truck**<br>**Company**<br>Michael R. Boorman, Esq.<br>Paul E. Petersen III, Esq.<br>Watson Spence LLP<br>999 Peachtree Street NE, Suite 1130<br>Atlanta, Georgia 30309<br>mboorman@watsonspence.com<br>ppetersen@watsonspence.com<br><br>Derek J. Linkous, Esq.<br>Amy Larson, Esq.<br>Bush Seyferth PLLC<br>100 West Big Beaver Road<br>Troy, MI 48084<br>linkous@bsplaw.com<br>larson@bsplaw.com |

This is the 18th day of February, 2025.

                                               **THE COOPER FIRM**

                                               /s/ *Lance A. Cooper*

                                             **LANCE A. COOPER**
                                             Georgia Bar No. 186100

531 Roselane Street
Suite 200
Marietta, GA  30060
(770) 427-5588
lance@thecooperfirm.com
rebekah@thecooperfirm.com

                                   **ROBIN FRAZER CLARK PC**

                                   /s/ *Robin Frazer Clark*
                                   **ROBIN FRAZER CLARK**
                                     Georgia Bar No. 274620

Centennial Tower, Suite 2300
101 Marietta Street NW
Atlanta, GA 30303
(404) 873-3700
robinclark@gatriallawyers.net